OC

April 21, 2025
Case: 5:25-cv-00497-JE-MLH
Plaintiff: Emily Noel Anders

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 2 1 2025
DANIEL J. McCOY, CLERK
BY: ________

I am wri … Send
a summons … case
since it w … costly to
do this on … asking
the court … lawsuit
to the foll … s:

Granted as follows. Plaintiff must provide the US Marshal with a copy of the complaint, the completed summons, and a completed USM 285 form (available from the Clerk of Court) for each defendant. Plaintiff must also provide a correct address for EACH defendant or its agent for service.
April 23, 2025
MLH

US. State … Advisor
Suite
600 19th st NW
Washington, DC 20522

U.S. Attorney General - U.S. Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

U.S. Attorney's Office Western Dist of La
300 Fannin Street Suite 3201
Shreveport, La 71101

Emily Noel Anders
Emily Noel Anders